Fred SHORES, Jr., Plaintiff–Appellant,

v.

Marion BOONE, Attorney; Connie Watson, Sheriff, Defendants–Appellees.

No. 00–7793.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Fred Shores, Jr., pro se. Perry Cleveland Henson, Jr., Henson & Henson, L.L.P., Greensboro, NC; Fred Folger, Jr., Mt. Airy, NC, for appellees.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judges.

PER CURIAM.

Fred Shores, Jr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Shores v. Boone*, No. CA–00–79–1 (M.D.N.C. Dec. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*